U. S. DISTRICT COURT WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| Dennis Rich,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>Entertainment Cruise Productions, LLC; HAL Nederland, N.V.; Holland America Line N.V.; Holland America Line, Inc.;<br><br>　　　　　　　Defendants | IN ADMIRALTY AND AT LAW<br><br>Case No.<br><br>PASSENGER COMPLAINT FOR DAMAGES DUE TO PERSONAL INJURIES<br><br>JURY DEMANDED<br>(clerk's action required) |

COMES NOW plaintiff and for Complaint against defendants state the following:

**JURISDICTION/VENUE**

1. Subject matter jurisdiction is based on 28 USC 1332 and 1333. As more fully set forth infra there is complete diversity of citizenship between plaintiff and all defendants, and the amount in controversy exceeds $75,000.

2. Personal jurisdiction and venue over defendants is based both on defendants' doing business within this district and on defendants' stipulation in the cruise contract they issued to plaintiff.

**PARTIES**

3. At all times relevant plaintiff was a resident of the State of Florida and was a passenger on the MS EURODAM.

4. At all times relevant defendant HAL Nederland, N.V was the owner and defendant Holland America Line N.V. was the charterer of the passenger cruise vessel MS EURODAM and each had its principal place of business in the state of Washington and within this district. At all times relevant defendant Holland America Line, Inc. was the agent of the vessel owner and had its principal place of business in the state of Washington and within this district. Collectively these defendants will be referred to as "HAL defendants".

5. At all times relevant Entertainment Cruise Productions, LLC provided musical entertainment shows on board the MS EURODAM and had its principal place of business in the state of Missouri.

**LIABILITY**

6. On or about November 3, 2013 while a passenger aboard the MS EURODAM plaintiff attended a musical show put on and performed by employees of Entertainment Cruise Productions, LLC acting within the scope of their employment.

7. The set-up and break down of equipment and seating for said musical show was provided by employees of Entertainment Cruise Productions, LLC and/or by employees of HAL defendants acting within the scope of their employment.

8. During said November 3, 2013 musical show plaintiff tripped and fell over a speaker and suffered injuries.

9. Plaintiff's trip and fall was caused by the negligence of Entertainment Cruise Productions, LLC and/or HAL defendants acting through their employees in the set-up, placement, and break down of the equipment for said musical show; in the lack of adequate lighting, and in the lack of any visual or other warning that said speaker was located in a place where it was hard to see and was a potential tripping hazard.

## DAMAGES TO PLAINTIFF

10. As a direct and proximate result of his injuries caused by the fault of defendants plaintiff incurred medical expense and other special damages, lost wages and earning capacity, suffered disability and diminution of his overall health, and suffered pain and loss of enjoyment of life.

## JURY DEMAND

11. Plaintiff demands that all issues herein be tried to a jury of twelve (12).

## PRAYER

WHEREFORE plaintiffs pray for judgment against defendants in the amount of his general and special damages, to be proven at trial, together with prejudgment interest and taxable costs.

DATED September 30, 2014

        s/ *George H. Luhrs*
        Law Office of George H. Luhrs
        WSBA # 7036, Attorney for Plf
        701 Fifth Avenue, Suite 4600
        Seattle, WA 98104
        Telephone (206) 632-1100
        Fax: (206) 260-3177
        E-mail:  luhrsgh@gmail.com